**PREMIERE CREDIT**
*of North America, LLC*

ONPCNA01
PO Box 1280
Oaks PA 19456-1280

ADDRESS SERVICE REQUESTED

Complaints or Compliments? Call Toll-free 855-403-1894

**(866) 808-7287 TOLL FREE**

☐ Please check if address has changed.
Note new address on reverse.

April 15, 2019

Creditor: **Progress One Financial (First Access)**
Reference #: REDACTED

3007    888084610

Tracy Staniland
REDACTED
REDACTED

PREMIERE CREDIT OF NORTH AMERICA, LLC
PO BOX 19309
INDIANAPOLIS IN 46219-0309

PLEASE RETURN UPPER PORTION WITH PAYMENT. COMPLETE REVERSE SIDE IF YOU HAVE A NEW ADDRESS AND RETURN TO ADDRESS ABOVE

| | |
|---|---|
| Total Principal Due * | $335.32 |
| **Total Amount Due *** | **$335.32** |

*Amounts listed are current as of 04/15/2019. Amounts may increase or decrease due to application of payments and/or adjustments. Please call (866) 808-7287 for a payoff amount.

< SEE REVERSE SIDE FOR DETAILED ACCOUNT INFORMATION >

Your account owed to the above listed creditor (original creditor The Bank of Missouri s/b/m MABT / First Access) for your First Access Card REDACTED has been referred to Premiere Credit of North America, LLC for the purpose of securing payment.

Please mail all payments and correspondence to:

Premiere Credit of North America, LLC
PO BOX 19309
Indianapolis IN 46219-0309

You may make payment online at www.mypcna.com.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify us in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request, in writing, within 30 days after receiving this notice, we will provide the name and address of the original creditor, if different from the current creditor.

Premiere Credit has been authorized to settle your account for less than the balance owed. The following settlement offer will expire 05/31/2019 which is approximately 45 days after the date of this letter. This settlement offer does not affect your rights to dispute the validity of this debt or any portion thereof or request information as set forth in the foregoing paragraph.

Your settlement offer is $202.00. Upon receipt and clearance of your payment of $202.00, the account detailed on the reverse side of this notice will be satisfied and closed. We are not obligated to renew this offer.

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

* PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION *

113_ONPCNA01_3007

Correspondence Address: PO Box 19309, Indianapolis IN  46219-0309  •  Street Address: 2002 Wellesley Blvd, Indianapolis IN 46219-2458
Phone: (866) 808-7287  •  Monday-Friday 8AM - 5PM (EST/EDT)

Please update your contact information below, and return the completed form to the address on the prior page.

Address: _____

City, State, Zip Code: _____

If you are interested in receiving communications regarding your account on your cellular telephone via email and/or text messages, please provide your cell phone number and/or email address below. Carefully read the paragraph following which explains you are providing express consent for Premiere Credit to contact you by cell phone and/or email.

Cell phone number: _____

Email address: _____

By entering my cell phone number above, I expressly consent to being contacted by Premiere Credit on my cellular telephone regarding my account by an automatic telephone dialing system and/or pre-recorded messages. By entering my email address above, I expressly consent to being contacted about my account via email. I understand that I may revoke my consent by contacting Premiere Credit directly at 877-636-9792 or submitting a written notice of revocation to Premiere Credit, PO Box 19309, Indianapolis IN 46219-0309. I further understand that if I wish to be contacted via email, I will need access to an email account and have Adobe Acrobat Reader installed to open any attachments that are sent.

**ACCOUNT INFORMATION**

| Creditor Acct Number | Curr Balance | Interest Rate | Original Creditor | Reference# |
|---|---|---|---|---|
| REDACTED | $ 335.32 | 0.0000% | The Bank of Missouri s/b/m MABT | REDACTED |