**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TRACY A. STANILAND, *on behalf of herself and those similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>PREMIERE CREDIT OF NORTH AMERICA, LLC; PROGRESS ONE FINANCIAL, LLC; and JOHN DOES 1 to 10,<br><br>Defendants. | Civil Action No. 2:20-cv-04351-CCC-MF<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO PROGRESS ONE FINANCIAL, LLC** |

The undersigned, counsel for Plaintiff, represents that Defendant, Progress One Financial, LLC has not filed an answer or a motion for summary judgment; and neither Fed. R. Civ. P. 23(e), 23.1(c), 23.2 nor 66 apply to this matter;

Now, therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action without prejudice and without costs.

DATED: September 16, 2021

KIM LAW FIRM LLC
Attorneys for Plaintiff

*s/Yongmoon Kim*
Yongmoon Kim

SO ORDERED:

_____
Claire C. Cecchi, U.S.D.J.

DATED: 9/17/2021