UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRACY A. STANILAND, *on behalf of herself and those similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>PREMIERE CREDIT OF NORTH AMERICA, LLC;<br>STEVEN TODD STURGEON;<br>SARAH SIPE DEMOSS;<br>PROGRESS ONE FINANCIAL, LLC;<br>and JOHN DOES 1 to 10,<br><br>Defendants. | Civil Action No. 2:20-cv-04351-CCC-MF<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE ONLY AS TO STEVEN TODD STURGEON, AND SARAH SIPE DEMOSS** |

The undersigned, counsel for Plaintiff, represents that Defendants Steven Todd Sturgeon, and Sarah Sipe DeMoss have not filed an answer or a motion for summary judgment; and neither Fed. R. Civ. P. 23(e), 23.1(c), 23.2 nor 66 apply to this matter;

Now, therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action only as to Steven Todd Sturgeon, and Sarah Sipe DeMoss with prejudice as to her individual claims and without prejudice as to the claims of the putative class, and without costs.

                                                    KIM LAW FIRM LLC
                                                   Attorneys for Plaintiff

                                                   *s/Yongmoon Kim*
DATED: September 13, 2021        Yongmoon Kim

                                                   SO ORDERED:

                                                   Claire C. Cecchi, U.S.D.J.

DATED:  9/17/2021