# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRACY A. STANILAND, *on behalf of herself and those similarly situated*,<br><br>Plaintiff,<br><br>vs.<br><br>PREMIERE CREDIT OF NORTH AMERICA, LLC; PROGRESS ONE FINANCIAL, LLC; and JOHN DOES 1 to 10,<br><br>Defendants. | Civil Action No. 2:20-cv-04351-CCC-MF<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE ONLY AS TO PREMIERE CREDIT OF NORTH AMERICA, LLC** |

The undersigned, counsel for Plaintiff, represents that Defendant Premiere Credit of North America, LLC has not filed an answer or a motion for summary judgment; and neither Fed. R. Civ. P. 23(e), 23.1(c), 23.2 nor 66 apply to this matter;

Now, therefore, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action only as to Premiere Credit of North America, LLC with prejudice as to her individual claims and without prejudice as to the claims of the putative class, and without costs.

                                                                                                                                              KIM LAW FIRM LLC
                                                                                                                                             Attorneys for Plaintiff

DATED: September 10, 2021              *s/Yongmoon Kim*
                                                                                                                                             Yongmoon Kim


SO ORDERED:

*(signature)*

DATED: 11/2/2021                                                                      Claire C. Cecchi, U.S.D.J.